Jeremy G. Winter, SBN 245631
Justin K. Kuney, SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone:  (916) 550-5030
Facsimile:  (916) 550-5323
info@attorneydebtreset.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SHEEHAN<br><br>   Plaintiff,<br><br>v.<br><br>NELSON & KENNARD,  CAPITAL ONE, NATIONAL ASSOCIATION, AND DOES 1-10, INCLUSIVE;<br><br>   Defendants. | Case No.:  2:12-cv-02710<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION ONLY** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, NANCY SHEEHAN, hereby dismisses, with prejudice, her complaint and action as to Defendant, CAPITAL ONE, NATIONAL ASSOCIATION only.


   **Respectfully Submitted,**


Dated:  December 4, 2012

                              By:/s/ Jeremy G. Winter
                                 Jeremy G. Winter/**Attorney for**:
                                 Nancy Sheehan/Plaintiff

**ORDER**

Pursuant to the foregoing Notice of Dismissal, and good cause appearing, the above entitled action is hereby DISMISSED WITH PREJUDICE as to Defendant Capital One, National Association only.

**IT IS SO ORDERED.**

Dated:  December 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE